# Court of Appeals
# of the State of Georgia

ATLANTA,＿＿July 15, 2014＿＿＿＿＿

*The Court of Appeals hereby passes the following order:*

## A14A1699.  KAREN ALEJOS, et al. v. JACKIE ROLLIZO, et al.

This breach-of-contract case originated in magistrate court, which found in favor of the defendants.  Plaintiffs Karen Alejos, et al. ("Alejos"), appealed to the state court, where the defendants filed an amended counterclaim.  The state court issued a judgment in favor of the defendants, and Alejos filed this direct appeal. We lack jurisdiction.

Because the order at issue disposes of a de novo appeal from a magistrate court decision, Alejos was required to follow the discretionary appeal procedures to obtain review before this Court.  See OCGA § 5-6-35 (a) (11).  This is true even though the state court considered matters which were not considered by the magistrate court.  See *Southtowne Hyundai-Isuzu-Suzuki v. Hopper*, 216 Ga. App. 214 (453 SE2d 756) (1995); see also *Bullock v. Sand*, 260 Ga. App. 874, 875 (581 SE2d 333) (2003) (addressing OCGA § 5-6-35 (a) (1), a similar provision concerning superior court decisions on appeals from magistrate courts).  Alejos's failure to follow the discretionary appeal procedure deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* 07/15/2014＿＿＿＿＿
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿*, Clerk.*